FILED 5 AUG '19 10:48USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Jose Omar Ortiz Rico

*(Enter full name of plaintiff)*

Plaintiff,

v.

Brad Cain, Superintendent
Garth Gulick, Medical Doctor
Victor Ishida, Physician Assistant

*(Enter full name of ALL defendant(s))*
Judy Gilmore, Assistant Superintendent

Defendant(s).

Civil Case No. 2:19-cv-1211-mc
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Jose Omar Ortiz Rico / SRCI

Street Address: 777 Staton Blvd

City, State & Zip Code: Ontario, OR, 97914

Telephone No.: 1-541-881-5000

**Defendant No. 1**     Name: Brad Cain (Superintendent)
Street Address: SRCI Blda 777 Staton Blvd.
City, State & Zip Code: Ontario, OR. 97914
Telephone No.: 1-541-881-5000

**Defendant No. 2**     Name: Judy Gilmore (Assistant Superintendent)
Street Address: SRCI 777 Staton Blvd.
City, State & Zip Code: Ontario, OR. 97914
Telephone No.: 1-541-881-5000

**Defendant No. 3**     Name: Garth Gulick (Medical Doctor)
Street Address: SRCI 777 Staton Blvd.
City, State & Zip Code: Ontario, OR. 97914
Telephone No.: 1-541-881-5000

**Defendant No. 4**     Name: Victor Ishida (Physician Assistant)
Street Address: SRCI 777 Staton Blvd.
City, State & Zip Code: Ontario, OR 97914
Telephone No.: 1-541-881-5000

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

▉ Federal officials (a *Bivens* claim)

▉ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The Eighth Amendment prohibition against cruel and un-usual punishment. Oregon statute Time of Limitation, two year time of limitation.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

First finding fact; Garth Gulick (Medical Doctor, Provider). Person in charge of the Medical Department who is under the supervision of the Superintendant. September 27th – October 2nd 2018 (Garth) provided an Evaluation and Treatment of Hematospermia, suggested I to be sent to the infermary that would run a two year time limit past-due from August 15th 2017. Causing signs of physical pain through-out my mind & body. (See attachment's for injuries)

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Second finding fact; Victor Ishida (Physician Assistant). Person under

the supervision of the Provider and Superintendant. August 15th 2017 (Victor Ishida) provided a medical procedure and prescribed medication after ten months of neglect without the approval of/from a Urologist Specialist. Causing bleeding, damage to my body and Mind, also known as injury. (See attachments for injuries)

**Claim III**

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Third finding fact; Brad Cain (Superintendant), Judy Gilmore (Assistant Superintendant). (Brad) Person in charge of the Institution, Staff, Inmates (beneficiarie or claimant's) and person responsible to any issue's raised or addressed. (Judy) granted me permission upon request the form of compositions, poem's and writing's that identifies my emotional state to pain & suffering testimony also known as injury. (See attachments for dates, injuries and incidents)

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

■Yes                □No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I want the court's to grant
Me an attorney who will
present my case as- a Covered
Disease or as Negligence
and Malpractice.
AND
Sum Amount of Compensation Demanded
$ 1,077,995.00   For damage done/
For pain & suffering/ Also for permanent
injury

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of  July , 20 19 .

Jose Oval Ota Rico
*(Signature of Plaintiff)*



Kate Brown, Governor

**Department of Administrative Services**
Enterprise Goods & Services - Risk Management
PO Box12009
Salem, Oregon 97309
PHONE: 503-373-7475
FAX: 503-373-7337

April 19, 2019

JOSE O. ORTIZ-RICO
SID# 13777922
SRCI
777 STANTON BLVD
ONTARIO, OR 97914

Re:  Claimant:      Jose O. Ortiz-Rico
     Claim Number:  L166597
     Date of Loss:   Unknown (August 15, 2017 referenced)

Re: Acknowledgment

We have received your notice of claim.

We are currently conducting an investigation through the Oregon Department of Corrections and will contact you when it is completed.

The investigation may take some time. We appreciate your patience in the interim.

INMATE CLAIMS UNIT

Jose Omar Ortiz Rico                                                    April 10th 2019

## TITLE OF DOCUMENTS

- GRIEVANCE FORM # SRCI 2018.10.161 ( # of pages; 8 of 8 )

- Returned Grievance Form / Date from 11/02/2018

- FIRST GRIEVANCE APPEAL FORM # SRCI 2018.10.161A ( # of pages; 4 of 4 )

- Returned Grievance Form / Date from 11/16/2018

- SECOND GRIEVANCE APPEAL FORM # SRCI 2018.10.161AA ( # of pages; 4 of 4 )

- Returned Grievance Form / Date from 12/07/2018

- EVALUATION AND TREATMENT OF HEMATOSPERMIA

- What is hematospermia? ( # of pages; 2 of 2 )

- What is Prostatitis? ( # of pages; 2 of 2 )

- Patient Profile

- Health Service Request / Date from 7/29/2017

- Health Care Request / Date from 9/27/2018

- Health Care Request / Date from 10/2/2018

- TAMASULOSIN 0.4 MG CAPSULES / Drug education  ( # of pages; 2 of 2 )

- SMZ/TMP DS 800/160 MG TABLETS / Drug education ( # of pages; 2 of 2 )

- ODOC INMATE COMMUNICATION FORM / Date from 11/11/2018

- Junk-Layout/Blueprint outline of the Central Medical Department

- OAC/DOC DIVISION 109 Grievance Review System ( # of pages; 9 of 9 )

- OAC/DOC DIVISION 124 Health Services ( # of pages; 6 of 6 )

- Prisoners Self Help and References  ( # of pages; 2 of 2 )

- Emotional, Mental and Physical Injury ( Pain and Suffering ( # of pages; 2 of 2 ))

- CHAPTER 9 HOUSE BILL 5020 ( General Fund Obligations ( # of pages; 2 of 2 ))

J.O.O.R
Not
Included

J.O.O.R
Not
included

Not
included

J.O.O.R
Not
included

- Tort Claim Notice/Claim Number L166597

# Attorney Visitation and Phone Calls

**Phone Procedures Inmate Legal Services:**

1) Phone calls are scheduled through inmate legal services during operating hours (Mountain Time M-F 8:15-10:30 & 12:15-3:30 Mountain & M-F Pacific Time 7:15-9:30 & 11:15-2:30).

2) Phone calls are scheduled on the availability of phones, staff and operational needs of the institution.

3) All calls are limited to 2 ½ hours unless court ordered. Calls are limited to provide inmates availability to the phones.

4) Calls need to be scheduled 24 hours in advance so staff can schedule on institution call outs.

**Notaries**

Special Housing Notary's

1) Notaries are scheduled in SHU on Thursdays morning as long as staff is available.

2) All paperwork must be ready, do not sign paperwork until the notary is at your door.

3) If paperwork is signed prior to notary, notary could be denied.

4) If Paperwork is not ready at the door, notary could be denied.

**General Population Notary's**

1) Notary's scheduled for General Population will be placed on Friday morning.

2) All Notary Call outs can be denied and or changed due to staff and operational needs of the institution.

3) All paperwork must be in order, do not sign paperwork.

4) If paperwork is signed prior to notary, notary could be denied.

5) It is your responsibility to show up to the call out on time. If you do not show up on time then you will need to kyte for the next week to be rescheduled.

**Inmate Legal Services schedules for the following:**

1. Legal Calls

2. Videos

3. Notary's

4. Legal Paperwork received in my office.

**Inmate Legal Services no longer provide the following service:**

1) We no longer scheduled collect calls. AT&T does not allow collect calls.

2) I do not have forms or give legal advice, if you need legal assistant please kyte the Law Library in the Complex you live.

3) Birth Certificates and Social Security cards B-248 Records.

4) Visiting questions/applications you may contact the Inmate Services Unit at: Inmate Services Unit 2575 Center Street NE, Salem OR 97301, 503-378-2883

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

**RITY**
**IL** ★

VERY SPECIFIED *

NG™ INCLUDED *

NCLUDED *

ABLE

ONALLY,
TION
RED.

FROM:  S.R.C.I.
Jose Omar Ortiz Rico
13777922
777 Staton Blvd.
Ontario, Oregon 97914

April 11th 2019

TO:

OREGON DEPARTMENT OF ADMINISTRATI
SERVICES / RISK MANAGEMENT
P.O. BOX
SALEM OR. 97309-0009



EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATE
POSTAL SERVI

RESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRE
POST

# PRIORITY
## ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

   * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

*July 1st, 2019*

FROM:
INSTITUTION S.R.C.I.
NAME Jose Omar Ortiz Rico
SID# 13777922
ADDRESS 777 Stanton Blvd.
CITY Ontario
STATE Oregon    ZIP 97914

TO:

OREGON DEPARTMENT OF
ADMINISTRATIVE SERVI
RISK MANAGEMENT
PO BOX 12009
Salem, Oregon 97300

POSTA



PS00001000014    EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



July 1st, 2019

Inmate Claim's Unit:                    Claim # L166597

I admit, this claim has me believing, where I believe, it is a given award. I'm so-lost for word's. Though, my heart gives me an answer of/for the compensation amount; asked.

I'm having a better understanding of the events I've had to go through that is from Diagnosis, Misdiagnosis and Non-Diagnosis for not being reffered to a Urologist Specialist.

Attachements I'm sending are Health Services Information; including; Progress Notes, Physicians Orders, Flow Sheet's, etc. Also, Division #160, Chapter #125, from the Oregon Administrative Code, a Definition overlook, where the un-expected knowing part and incident that is a One Occurrence claim notice has had me feeling backwards. Again, where I hope with all my heart it's going to improve my health, meant to this date. Atleast, upon completion. God bless.

                         Jose Omar Ortiz Rico

Jose Omar Ortiz Rico

June 27ᵗʰ 2019

Oregon Administrative Code
Department of Administrative Services (Chapter # 125)
Administration and Benefits of the Inmate Injury System

125-160-0010: Definition(s)

"Final Benefit or Award" means the departments final notice of all benefits due to claimant. It is normally issued upon claimants request for reaffirmation or modification of the initial estimate. Benefits do not increase after final award appeal rights are exhausted.

"Training Benefit" means any training provided by Corrections during confinement that may improve the chances of employment.

"Claim" "Request" or "Application" means written requests delivered to the Department claiming benefits due to the claimant. Claims shall be on the forms or in the formats set from time to time by the Department. They shall be filed within the times set by these rules.

"Confinement" means the claimant, inmate or beneficiary, is held in the legal and physical custody of any government penal, or other agency or institution, under court order. Confinement stops permanently disability and death benefits.

"Covered Disease" means a disease or infection that meets all the fallowing tests.(a)(b)(c)(d)

"Covered Injury" means that injury which meets all the fallowing tests. (a)(b)(c)(d)(e)(f) ((g) Unless the context clearly requires otherwise, covered injury also includes covered disease)

"Date of injury" means (a) For a covered injury, the day on which the accident occurred. (b) For a covered disease, the earlier of the date of first medical treatment or date of diagnosis of the covered disease. Date of injury shall not be later than two years after the last exposure to the alleged disease-causing substance in the authorized work or training assignment.

**TORT CLAIM NOTICE**
(ONE OCCURRENCE, PER FORM)

**TO**: OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES
RISK MANAGEMENT
OFFICE OF THE EXECUTIVE DIRECTOR
PO BOX 12009
Salem, OR 97309-0009

**FROM: CLAIMANT**

| | |
|---|---|
| Legal Full Name: | Jose Omar Ortiz Rico |
| Claimant's S.I.D. Number: | 13777922 |
| Claimant's Address: | SRCI 777 Stanton Blvd |
| | Ontario, OR 97914 |
| Contact Number | 1-541-881-5000 |
| Date of Birth: | March 22nd 1987 |
| Social Security Number: | 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 |
| Location of Loss: | SRCI, Medical Department |
| Date of Loss: | August 15th 2017 |

Sum Amount of Compensation Demanded        $1,077,995.00

Pursuant to Oregon Revised Statute 30.275, Claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim, so far as known to the claimant.

July 29th 2017: I Jose Omar, completed a Health Service Request form. Where I requested the need of medical attention and care to my most urgent problem. Attached you'll find the Health Service Request, where I was limited to only one request for care. I circled a request for the Urinary.  There are three types of sickness to choose from and I circled the third option, which is the option for Testicle problem. Since the date of July 29th 2017, I have been requesting medical care from September 2016 and was not provided any care (10 months of neglect(and no care from Snake River Correctional Institution(Central Medical))). August 1st 2017, the response to my health service request, from July 29th 2017 was, "to be scheduled to see the sick call nurse". Negligence.

August 15th 2017 (one occurrence): I Jose Omar, was prescribed medication to treat a severe illness without being referred to a specialist, nor sought an effort to call a nurse or provider down to the enclosed medical room, where I was unresponsive due to all the symptoms, pain and numbness I was experiencing throughout my body and mind; specifically in this one occurrence and the search for reason to this tort claim notice also being, (c) penetration of the anal area where they failed to fallow duties by health and good order (by a physician assistant, Victor Ishida) Rule order 109 Grievance Review System; Authority,Purpose and Policy. Also malpractice.

September 27th 2018: I explained over a year later finding strength and composure through a non-emergency request a health concern with my health due to trauma and continuing symptoms. I received a response from the RN the same day of September 27th 2018 saying, "scheduled to see nursing staff". On this date I requested to see Victor Ishida (physician assistant) who gave me the impression

(Page 1 of 3)

that he was a medical doctor and provider. I said on the request: I want to request and discuss the medication that was prescribed to me from a severe infection and inflammation I had. I'm a bit traumatized from the event's and it's been a year since I've taken the medication and want to know if this type infection has a name for the disease. Reason being because I had Pneumonia at a very young age where the infection/inflammation was in the lungs. Looking to speak and meeting with you. Thank You.

October 2nd 2018: Between September 27th and October 2nd , I was actually seen by Dr. Gulick and given an evaluation form and treatment of Hematospermia stating specifically to be referred to a Urologist. On this health concern my response was, " I requested to speak with Victor Ishida, and was scheduled with Mr. Gulleck (which is spelled incorrectly) Mr. Gulleck said to speak with another RN for further questions or concern's from last appt with him. Discuss Hematospermia Eval. Patient Profile info. The medical staff's response was, "scheduled to see Provider. Additional Comments: You are scheduled to see Dr. Gulick next week". When the appointment arrived for the 2nd meeting; I advised Dr. Gulick that I was going to file a grievance report and at the last second, Dr. Gulick suggested I go to the infirmary (I immediately felt insulted at this second after going through humiliation) . Being the last second from the way and manner our appointment was heading and the way I was being treated, for my safety and security, I continued with my decision and I understood that Mr. Gulick was going to delay the action I took next and that was filing a grievance and only then, effortlessly filing the appeals.

October 11th 2018: I Jose Omar, filed an original grievance at SRCI concerning medical staff failing to fallow duties by health and good order, stating four reasons from one incident on August 15th 2017 describing the action I wanted to resolve the grievance.

October 18th 2018:  I Jose Omar, received a returned grievance form from Cox, K for Taylor J.

November 7th 2018: I received information on my medical condition confirming  I see a Urologist who specializes in Urological problems.

November 14th 2018: Filed 1st Grievance Appeal Form requesting my grievance be granted where DOC may offer proper and reasonable care. During this time I met with staff members at the grievance department located at Property.

November 29th 2018: Filed 2nd  Grievance Appeal Form and very specific (except a compensatory demand for relief) where I've sent all supporting copies/attachments for review explaining further that my original grievance and appeals have not been brought up to the full attention for the executive director or person in charge of the grievance department with supporting facts/details stating a demand to be seen by a Urologist. (Damage done and complete)

For the purposes of ORS 15.400 to 15.460: Section (3) " Injury" means physical or nonphysical harm to a person or property caused by the conduct of another person. If further information is desired, I can be contacted at the indicated claimant address. Any contractual offer of a method resolving my claim or other consensual obligation should be directed to me at the same address. Communication forms, grievances, attachments, incident reports that proves and substantiates my claim are provided.

Dated this 10th day of April, 2019

_____
Claimant Signature
Jose Omar Ortiz Rico
SID # 13777922
777 Stanton Blvd.
Ontario, Oregon 97914

(Page 2 of 3)

NAME AND ADDRESSES OF DEFENDANTS/STATE EMPLOYEES

Brad Cain, Superintendent,
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, OR 97914

Judy Gilmore, Assistant Superintendent
Correctional Rehabilitation Services
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, OR 97914

Dr. Gulick, Medical Doctor (Provider)          Dr. Garth Gulick
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, OR 97914

Victor Ishida, Physician Assistant
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, OR 97914

(Page 3 of 3)

## CERTIFICATE OF SERVICE

**CASE NAME:** JOSE OMAR ORTIZ RICO v. BRAD CAIN, SUPERINTENDENT – SRCI/ODOC

**CASE NUMBER:** (if known) _____ N-A   L166597

COMES NOW, Jose Omar Ortiz Rico, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake Rive Correctional Institution.

That on the 10th day of April 2019, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

### "Notice of Tort"

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES
RISK MANAGEMENT
OFFICE OF THE EXECUTIVE DIRECTOR
PO BOX 12009
Salem, OR 97309-0009

_____
(Signature)
Jose Omar Ortiz Rico
SID # 13777922
777 Stanton Blvd.
Ontario, OR 97914

Grievance # SRCI 2018.10.161

*Staff Use Only*

## GRIEVANCE FORM

Inmate: Ortiz Rico, Jose Omar J.O.R    13777922    Z.I/50.B
_____  _____  _____  _____  _____
Last          First          Initial          SID#          Cell/Block/Bunk #

Reason for grievance: (check all that apply)

☑ Misapplication of any administrative directive or operational procedure

☒ The lack of an administrative directive or operational procedure

☒ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises

☐ Any oversight or error affecting an inmate

☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation

☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)

☒ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate
   *Sexual assault grievance*

Please provide the date/time of incident giving rise to grievance: 10/11/2018   3:45 PM

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

#1 Medical Malpractice. I was perscribed Meds to treat medical Condition without reffering me to a specialist.
Specifically (c) Penetration of the anal area. They failed to follow doctors by health and good order. Rule order 109 Grievance Review system Authority Repose and Policey. August 2017.
#2 Negligence, I received an evaluation to be reffered to a urologist And it was not done. This was known since 9-15-16
#3 Physical injury. I felt pain through my body, feeling lack of stengh, feeling Physical Stroke, Producing Bleeding from mouth and genital area also Vomiting blood. Continued on other grievance form ⇒

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)
Continue to attend to all my medical needs, As requested above.

10-25-2018
_____
Date

Jose Omar Ortiz Rico / Jose Omar Ortiz Rico
_____
Inmate Signature

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

| Receiving Facility (if not processing facility) | Received at Processing Facility |
|---|---|
| Denied  OCT 30 2018  Date Stamp  Grievance Office SRCI | Date Stamp |

CD 117 (11/14)

Grievance # _____

*Staff Use Only*

## GRIEVANCE FORM

Inmate: Ortiz Rico, Jose Omar    J.O.O.R.    13777922    Z.I/50.B
   Last  First   Initial   SID#   Cell/Block/Bunk #

Reason for grievance: (check all that apply)

☑ Misapplication of any administrative directive or operational procedure

☑ The lack of an administrative directive or operational procedure

☑ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises

☐ Any oversight or error affecting an inmate

☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation

☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)

☑ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate
*Sexual assault grievance*

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

#4 Mental Stress - I was unable to consentrate or mindful of where I was, because of this I have been unable to perform work willingly not having a clear mind.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

10-25-2018
Date

*Jose Omar Ortiz Rico* / Jose Omar Ortiz R.
Inmate Signature

| Receiving Facility<br>(if not processing facility) | Received at Processing Facility |
|---|---|
| | |
| Date Stamp | Date Stamp |

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

CD 117 (11/14)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
## Returned Grievance Form

**To:** Ortiz-rico, Jose Omar     **SID #:** 13777922     **Cell:** SRCI:2I50B
**From:** Cox, K - for Taylor, J     **Date:** 11/02/2018

**Re:** Non-Medical# SRCI_2018_10_161

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An inmate grievance may request review of just one matter, action or incident per inmate grievance form.

Lacks specific information; missed your call-out on this issue.

If you have any questions regarding grievances, please refer to the Department of Corrections Administrative Rule "Inmate Communication and Grievance Review System" tab #109 located in the Legal Library.

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Grievance # SRCI 2018.10.161A
*Staff Use Only*

## GRIEVANCE APPEAL FORM

Inmate: Ortiz Rico, Jose Omar    1377742    2-I/50-B
(First appeal)
  Last        First      Initial     SID#     Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or first appeal response. Use multiple grievance appeal forms if necessary.  (For the first appeal, attach original grievance form and staff response. For the second appeal, attach first appeal form and response as well as the original grievance and response.)

I am writing in regards to my recent grievance form. I understand/know that your Dept had placed me on a call-out list. I am asking to be placed on call-out to be able to discuss my medical needs that were mentioned on my most recent grievance form. The reason I did not make it to my call-out that your Dept placed me on was due to the fact that on that day was that there was alot of stress due to medical condition and they had a shake down that day and was not able to make the call-out appointment.
(2). On 11-7-18 I received new Information on my Medical Condition suggesting symptoms I had, suggesting I see a Urologist who specializes in Urological conditions

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want my grievance to be granted where DOc may offer proper and reasonable medical care, and the attention needed. I need to have a meeting with the Dept in order to go over my medical grievance so that it can be resolved

Nov. 14th 2018                                    Jose Omar Ortiz Rico
Date                                              Inmate Signature

<table>
<tr><td>Receiving Facility<br>(if not processing facility)<br><br><br><br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br>Denied<br><br>NOV 15 2018<br><br>Grievance Office-SRC<br>Date Stamp</td></tr>
</table>

Distribution:
Green (Original grievance appeal form)
Yellow (Grievance file copy)
Blue (Inmate receipt after processed)
Pink (Inmate copy)

*For grievance appeal instructions see back page*

CD 117 (11/14)

Grievance # SRCI 2018.10.161AA
*Staff Use Only*

## GRIEVANCE APPEAL FORM

Inmate: Ortiz-Rico    Jose   O.    13777922    Z-I/50B
   Last          First      Initial    SID#      Cell/Block/Bunk #

(Second appeal)

List in detail all the reasons you disagree with the original grievance response or first appeal response. Use multiple grievance appeal forms if necessary. (For the first appeal, attach original grievance form and staff response. For the second appeal, attach first appeal form and response as well as the original grievance and response.)

I am turning this in within the last 14 days. Due to staff failing to follow duties by health and good order from a specific incident which happened in August 2017. I was seen by an assistant Physician, who only provided basic medical services. When I was supposed to be reffered to a Urologist per request. Due to symptoms experienced. Urologist may conduct tests to determine the cause of my symptoms, such as: blood in urine swelling in scrotum area and fever and chills. Therefore: ① My original grievance first original appeal has not been attended to the executive director or person in charge of the grievance dept. with all forms and supporting facts and all details stating and demanding to be seen by a Urologist. Feel free to keep all copies of Documents I send. There are 13 pages total

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

In order to resolve the grievance, I am simply requesting to be seen by a Professional Urologist as requested before. This would resolve medical concern and symptoms experienced.

Nov. 29th 2018
Date

*Jose Omar Ortiz Rico / Jose Omar Ortiz Rico*
Inmate Signature

Distribution:
Green (Original grievance appeal form)
Yellow (Grievance file copy)
Blue (Inmate receipt after processed)
Pink (Inmate copy)

Receiving Facility
(if not processing facility)

Date Stamp

Received at Processing Facility

Denied

DEC 05 2018

Grievance Office-SRCI

Date Stamp

*For grievance appeal instructions see back page*

CD 117c (11/14)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
## Returned Grievance Appeal

**To:** Ortiz-rico, Jose Omar          **SID #:** 13777922          **Cell:** SRCI:2I50B
**From:** Cox, K - for Taylor, J       **Date:** 12/07/2018

**Re:** Non-Medical# SRCI_2018_10_161AA

The grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An inmate grievance may request review of just one matter, action or incident per inmate grievance form.

Lacks specific information; missed your call-out on this issue.

Cannot appeal a denied grievance.

If you have any questions regarding grievances, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the Legal Library.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# Evaluation and Treatment of Hematospermia

**Hematospermia Evaluation**



**Figure 1.**

Algorithm for the evaluation of hematospermia.

*Information from references 7 and 8.*

Copyright © 2009 by the American Academy of Family Physicians.
This content is owned by the AAFP. A person viewing it online may make one printout of the material and may use that printout only for his or her personal, non-commercial reference. This material may not otherwise be downloaded, copied, printed, stored, transmitted or reproduced in any medium, whether now known or later invented, except as authorized in writing by the AAFP. Contact afpserv@aafp.org for copyright questions and/or permission requests.

(https://www.issm.info/)

 **I'm a Patient**

(https://www.issm.info/)   I'm a
Professional

# Sexual Health Q&A

# What is hematospermia?

Hematospermia (sometimes spelled haematospermia) refers to blood in the semen. Men may notice that their semen is bloodstained, pink, or reddish-brown. But sometimes the blood is microscopic and cannot be seen at all.

When sperm is made by the testes, it travels to the seminal vesicles, where it mixes with other ejaculatory fluids to form semen. From there, the semen goes to the ejaculatory ducts and is expelled from the penis when a man reaches orgasm. Bleeding can occur at any point along this route.

The idea of blood in the semen can be worrisome, but most of the time, it is not a problem. Hematospermia often goes away on its own.

Still, it is important for men who find blood in their semen to see a doctor, especially if they have other symptoms, such as

• blood in the urine
• pain with urination, ejaculation, or bowel movements
• swelling in the scrotum or groin
• fever or chills.

Some causes of hematospermia include the following:

• **Sexually-transmitted infections** such as chlamydia, genital herpes, and gonorrhea might cause blood in the semen.

• **Prostate conditions**. A man might discover blood in his semen if he has had a prostate biopsy or if he has an enlarged prostate. Prostatitis (inflammation of the prostate) is another possible cause.

• **Brachytherapy** is a type of radiation therapy used to treat prostate cancer. Small radioactive seeds are planted into the prostate gland and, for some men, this results in hematospermia.

• **Epididymitis** is inflammation of the epididymis, the tube that stores sperm before it mixes with ejaculatory fluid.

• **Urethritis** is inflammation of the urethra, the tube from which urine and semen leave the body.

• **Injury or trauma to the reproductive system.** There could happen in a variety of ways, such as car accident, a sports injury, or vigorous sex.

• **Vasectomy**. Some men experience bleeding for a short time after this procedure.

• **Cancer**. Very rarely, hematospermia is a sign of testicular or prostate cancer.

Some men find blood in their semen if sex is interrupted or if they haven't had sex for a long time.

If blood in the semen is the only symptom, treatment is probably not necessary. Men should still see a doctor, however.

If a man has other symptoms, a urologist may conduct tests to determine the cause. Tests may include semen analysis, urine analysis, x-rays, ultrasound, or rectal examination. Once an

underlying condition is found, it can be treated and, in most cases, blood in the semen will clear up. For example, if a man has an infection, he may need to take antibiotics.

Next question: How is penile cancer treated? (https://www.issm.info/sexual-health-qa/how-is-penile-cancer-treated/)

Previous question: What should men know about sex and urinary tract infections? (https://www.issm.info/sexual-health-qa/what-should-men-know-about-sex-and-urinary-tract-infections/)

Terms of Use (https://www.issm.info/who-we-are/terms-of-use/) |

Privacy Policy (https://www.issm.info/who-we-are/privacy-policy/) |

Site Map (https://www.issm.info/who-we-are/site-map/) |

Site Design (http://www.healthcommunitiesproviderservices.com/)
© ISSM. (https://www.issm.info/) All Rights Reserved.

  

z/data=!3m1!4b1!4m5!3m4!1s0x47c5b13d226231cd:0x14055a9fdd8a0cf7!8m2!3d52.0599897!4d4.2682036)

11/7/2018 What is Prostatitis? What are the Symptoms? | PCF

Case 2:19-cv-01211-MC    Document 2    Filed 08/05/19    Page 28 of 62



About
Prostate Cancer Foundation
(/about-prostate-cancer/)
Curing Together.
(https://www.pcf.org/)

Prostate
Cancer
(https://www.pcf.org/about-prostate-cancer/)

IMPACT 25

Patient Resources
(https://www.pcf.org/patient-resources/)
(https://impact.pcf.org/)

News
(/news)

Retreat
(https://www.pcf.org/scientific-retreat/25th-annual/)

Science & Impact
(https://www.pcf.org/science-impact/)

Contact Us (https://www.pcf.or

DONATE
(HTTPS://CUR
DF_ID=1561&M
Take Action
(https://www.pcf.org/take-action/)

DONA
(HTTP
DF_ID

# Prostatitis

Overview
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/)

Prostate Gland
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-gland/)

What is BPH?
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-gland/what-is-bph/)

Prostatitis
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-gland/prostatitis/)

How Prostate Cancer Grows
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/how-it-grows/)

The PSA Test
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/the-psa-test/)

Should I Be Screened?
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/the-psa-test/should-i-be-screened/)

## What is Prostatitis?

Prostatitis is a painful condition in which the prostate is inflamed, swollen, and tender. It can be caused by a bacterial infection or just simply be inflamed.

Symptoms:

- Pain in the perineum (the area between the rectum and the testicles)
- Pain on defecation
- Aches and pains in the joints or muscles and the lower back
- Blood in the urine
- Pain or burning during urination
- Painful ejaculation

## Prevalence of Prostatitis

Prostatitis is the most common cause of urinary tract infections in men, leading to approximately 2 million doctor's visits each year in the United States. Half of all men will experience prostatitis during their lifetime. The National Center for Health Statistics estimates that about 25% of all men who see a doctor for urological problems have symptoms of prostatitis.

## Is Prostatitis, Cancer?

No. **Prostatitis is a benign ailment,** which, while not always curable, is almost always treatable with antibiotics. Occasionally, inflammation due to prostatitis can raise your PSA level (https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/the-psa-test/)(prostate-specific antigen). However, it does not lead to cancer.

Prostate cancer is believed to be due to a combination of factors including diet, lifestyle, genetics, and environmental exposures. There is, however, a question as to whether continued inflammation of the prostate may lead to the eventual development of prostate cancer, and studies are being done to determine if reducing inflammation can prevent prostate cancer.

**Get the Free Prostate Cancer Patient Guide. Enter your email to get the pdf.**

Email Address

Prostate Exam
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-exam/)

————————————

Prostate Cancer
Symptoms and Signs
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-cancer-symptoms-signs/)

————————————

Prostate Cancer Survival
Rates
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-cancer-survival-rates/)

————————————

Prostate Cancer Causes
(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/prostate-cancer-causes/)

————————————

Prostate Cancer FAQs
(https://www.pcf.org/faq_category/prostate-cancer-faqs/)

## Learn More

### How Prostate Cancer Grows

(https://www.pcf.org/about-prostate-cancer/what-is-prostate-cancer/how-it-grows/)

The prostate (not prostrate) uses male hormones called androgens, such as testosterone and dihydrotestosterone (DHT), to trigger and maintain male sex characteristics and reproduction. Normally,...

### Prostatitis: Misdiagnosed and Misunderstood

(https://www.pcf.org/c/prostatitis-misdiagnosed-and-misunderstood/)

Janet Farrar Worthington

Every year, thousands of men are diagnosed with prostatitis. Some of them even have it. Most of them don't. Maybe you're one of those...

PROSTATITIS (HTTPS://WWW.PCF.ORG/ARTICLE_EXTERNAL_TAG/PROSTATITIS/)

**Get the Free Prostate Cancer Patient Guide. Enter your email to get the pdf.**

Email Address

Case 2:19-cv-01211-MC    Document 2    Filed 08/05/19    Page 30 of 62

11/7/2018    What is Prostatitis? What are the Symptoms? | PCF



✉ (mailto:?
subject=Prostatitis&body=https%3A%2F%2Fwww.pcf.org%2Fabout-
prostate-cancer%2Fwhat-is-prostate-cancer%2Fprostate-
gland%2Fprostatitis%2F)





81 cents of every dollar donated goes to our prostate cancer research

Join the fight against prostate cancer today.

DONATE
(HTTPS://CUR
DF_ID=1561&N
)

(https://www.pcf.org)

About Prostate Cancer (/about-prostate-cancer/)

Patient Resources (https://www.pcf.org/patient-resources/)

News (/news)

Science & Impact (https://www.pcf.org/science-impact/)

Take Action (https://www.pcf.org/take-action/)

Contact Us (https://www.pcf.org/contact-us/)

Careers (https://www.pcf.org/article_category/careers/)

Blog (https://www.pcf.org/blog/)

Press (https://www.pcf.org/science-impact/about-us/press/)

Guides (/guide)

Sitemap (https://www.pcf.org/sitemap/)

The Prostate Cancer Foundation is a 5O1(c ) (3) charitable organization.

EIN #95-4418411

Follow Us

**Get the Free Prostate
Cancer Patient Guide. Enter
your email to get the pdf.**

Email Address

f (http://www.facebook.com/PCF.org)    (https://twitter.com/PCFnews)    (https://www.youtube.com/user/prostatecancerfdn)
(https://www.instagram.com/prostatecancerfoundation/)

Case 2:19-cv-01211-MC    Document 2    Filed 08/05/19    Page 31 of 62

Terms of use (/terms-of-use)

Privacy Policy (/privacy-policy)

© Prostate Cancer Foundation, 2018

**Get the Free Prostate Cancer Patient Guide. Enter your email to get the pdf.**

Email Address

rtment of                              Patient Profile                                                    Pa
                                       Active Dates: 1/1/2010 - 6/26/2018                                  01

| atient<br>ig | Facility | Rx Org<br>Date | Rx Exp<br>Date | Doctor | Drug | Qty Dsp |
|---|---|---|---|---|---|---|
| 3777922 ORTIZ-RICO, JOSE | SRCI | 11/18/09 | 06/16/10 | SAZIE, ELIZABETH | ~TWINRIX A/B *PROJECT* PFS 720/20 (PFS) INJ | 0 |
| JECT I.M. NOW, IN 30 DAYS AND THEN IN 6 MONTHS (DISPENSED FROM STOCK) | | | | | | |
| 3777922 ORTIZ-RICO, JOSE | SRCI | 08/15/17 | 09/04/17 | ISHIDA, VICTOR | SMZ/TMP DS^~ (GEN. SEPTRA DS) 800/160MG TAB | 28 |
| AKE 1 TABLET ORALLY TWICE DAILY FOR THREE WEEKS (14 DOSES TAKEN FROM STOCK) | | | | | | |
| 3777922 ORTIZ-RICO, JOSE | SRCI | 08/15/17 | 09/04/17 | ISHIDA, VICTOR | TAMSULOSIN^(GEN FLOMAX) 0.4MG CAP | 14 |
| AKE 1 CAPSULE ORALLY ONCE DAILY FOR THREE WEEKS (7 DOSES TAKEN FROM STOCK) | | | | | | |

# HEALTH SERVICES REQUEST

Name _Jose Omar Ortiz-Rico_  SID # _13777922_
Housing Assignment _2/0/05/B_    Date _7-29-2017_

## CIRCLE ONE.....LIMIT YOUR REQUEST FOR CARE TO YOUR MOST URGENT PROBLEM

### Skin
Acne
Athlete's foot
Bite (animal or insect)
Blister (oral / genital / other)
Boil
Burn (sunburn / other)
Corn / Callus / Warts
Dandruff
Dry skin
Ingrown toenail
Lesion ( bump / lump)
Open wound
Skin rash
Wool allergy

### Eyes
Eye exam
Glasses (repair or reorder)
Infection
Stye (pimple on eyelid)

### Ears
Drainage
Ear ache
Excessive wax / irrigation
Hearing problem

### Nose
Allergies (hayfever)
Bloody nose
Sinus infection

### Throat / Mouth
Mouth or lip sore
Sore throat

### Dental
**PLEASE ADDRESS DENTAL
PROBLEMS IN DETAIL ON A
REGULAR KYTE.....CD214.

### Mental Health
**PLEASE ADDRESS MENTAL
HEALTH CONCERNS IN DETAIL
ON A REGULAR KYTE TO
BOX 232**

### Gastrointestinal
Abdominal pain
Bloody stool
Constipation
Diarrhea
Heart burn
Hemorrhoids
Nausea / vomiting
Rectal pain
Weight loss

### Urinary
Difficulty urinating / unable to urinate
Painful urination
Testicle problem

### Musculoskeletal
Fracture
Joint pain
Pain
Sprain / strain
Swelling (where?____

### Nervous System
Dizziness
Headaches (minor / migraine)
Numbness / tingling

### Chest
Cough (describe below)
Difficulty breathing

### Medication
I haven't received my prescription
My prescription is about to expire
My prescription isn't helping

### Other
Discuss results of lab/x-rays/other
When is my provider appointment
I'd like an HIV test
I'd like to attend blood pressure clinic

## HEART AND LUNGS:
### If you are experiencing chest pain or shortness of breath notify Health Services immediately.

My problem is not listed above. The problem is _____
Location of the problem _____
When did the problem start? _____
What have you tried to make it better?_____

## We have taken the following actions in response to your health service request:

____Medication has been ordered. Report to refill line on _____.Report to the medication line.____
✓ You will be scheduled to see the ____Provider; ____Sick call nurse; ____Clinic nurse  **Received**
____Your request has been forwarded to ____Optometry; ____Support Services;____Nurse Manager
            ____Mental Health; ____County Health Nurse;    **AUG 0 1 2017**
____See attached health education handout                      SRCI Health Services

Comments / Instructions: _____
_____
_____

Responder's Signature _____  Greenewr RN    Date _8/1/17_

# HEALTH SERVICES REQUEST

## INMATE COMMUNICATION

**FROM:**

**COMPLEX:** Two
**UNIT & BUNK:** D - 05B
**NAME:** Jose Omar Ortiz-Rico
**SID#:** 13777922

**TO:**

### SICK CALL REQUEST NURSE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Fold Here)

# PLACE THIS REQUEST IN THE
# MEDICAL KYTE BOX.
### (The white box with the red cross)



# NON-EMERGENCY HEALTH CARE REQUEST

Jose Omar Ortiz Rico    13777922       2-I/50-B    9.27.2018

Name _____    State ID# _____    Housing _____    Date _____

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?

- ☑ Other issues – not sick: _____
  Victor Ishida

**Health Care request, issue, concern, or sickness:**

Medication Prescribed for inflammation / Infection

○ Tamsulosin .4 mg

○ SMZ / TMP 800/160 MG.

I want to request and discuss the medication that was prescribed to me from a severe infection & inflammation I had. I'm a bit traumatized from the events and it's been a year since I've taken the medication and want to know if this type infection has a name for the disease. Reason being is because I had Pneumonia at a very young age where the infection/inflammation was in the lungs. Looking to speak and meeting with you. Thank you.

**We have taken the following actions in response to your health service request:**

☑ You will be scheduled to see: ○ Provider    ☑ Nursing staff

☐ Your request has been forwarded to: ○ Manager    ○ Optometry    ○ Support Services    ○ BHS
○ Pharmacy Technician    ○ See attached health education handout

Additional Comments: _____
Please watch your call outs.

Responder's Signature: E V Sullivan _____ Date: _____

SRCI Health Service

CD 1738 9/2016

# OREGON DEPARTMENT OF CORRECTIONS
## NON-EMERGENCY HEALTH CARE REQUEST

**FROM:**

**INSTITUTION:** S.R.C.I.
**NAME:** Jose Omar Ortiz Rico
**SID NUMBER:** 13777922
**UNIT&BUNK:** 2-I / 50-B
**ADDRESS:** 777, Ontario, OR.

**TO:**

**NAME:** Victor Ishida / Medical
**TITLE:** Healthcare Request
**ADDRESS:** Box # 'B 358'
Health Services

---

(Fold Here)

# NON-EMERGENCY HEALTH CARE REQUEST

Jose Omar Ortiz Rico    13777922    Z.I/50·B    10-2-2018

| Name | State ID# | Housing | Date |

**Medications:**
☐ I have not received my prescription
☑ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?

☐ Other issues – not sick:
_____
_____

Health Care request, issue, concern, or sickness: I requested to speak with Victor Ishida, and was scheduled with Mr. Gullock. Mr. Gulleck said to speak with another RN for further questions or concerns from last appt with him.

• Discuss Hematospermia Eval.

• Patient Profile info

We have taken the following actions in response to your health service request:

☑ You will be scheduled to see: ☑ Provider    ◯ Nursing staff

☐ Your request has been forwarded to: ◯ Manager    ◯ Optometry    ◯ Support Services    ◯ BHS
◯ Pharmacy Technician    ◯ See attached health education handout
Additional Comments: You are scheduled to see Dr. Gulick next week.

Responder's Signature: J Cagle RN    Date: 10/3/18

OCT 08 2018

CD 1738 9/2016

# OREGON DEPARTMENT OF CORRECTIONS
## NON-EMERGENCY HEALTH CARE REQUEST

FROM: TO

**INSTITUTION:** S.R.C.I.
**NAME:** Jose Omar Ortiz Rico
**SID NUMBER:** 13777922
**UNIT&BUNK:** 2.I / 50.B
**ADDRESS:** 777 Ontario, ORc

**TO:**

**NAME:** RN / Medical
**TITLE:** Health Services
**ADDRESS:** B.358

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Fold Here)

Cips Patient Drug Education                                                                                       10/5/2018
Facility: SRCI - SNAKE RIVER CORR INST                                                                         Page 1
Patient: ORTIZ-RICO, JOSE, OMAR

Drug: TAMSULOSIN~^ HCL (GEN FLOMAX) 0.4MG CAP

GENERIC NAME: Tamsulosin (tam SOO loe sin)

COMMON USES: In men, it is used to treat the signs of an enlarged prostate. It may be given to you for other reasons. Talk with the doctor.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you have an allergy to tamsulosin or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you take any drugs (prescription or OTC, natural products, vitamins) that must not be taken with this drug, like certain drugs that are used for HIV, infections, or depression. There are many drugs that must not be taken with this drug. Your doctor or pharmacist can tell you if you are taking a drug that must not be taken with this drug. TELL YOUR DOCTOR: If you are taking or will be taking another drug like this one. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take 30 minutes after the same meal every day. Swallow whole. Do not chew, break, or crush. Do not open the capsules. Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. If you miss taking this drug for a few days in a row, call your doctor before you start taking it again.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you. To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs. If you are having cataract surgery or other eye procedure, talk with your doctor. Have your blood pressure checked often. Talk with your doctor. If taking for an enlarged prostate, have a rectal exam (to check prostate gland) and blood work (PSA test) as you have been told by the doctor. Talk with your doctor before you drink alcohol. Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss. This drug is not approved for use in women. If you are a woman using this drug, talk with your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. Children: This drug is not approved for use in children. However, the doctor may decide the benefits of taking this drug outweigh the risks. If your child has been given this drug, ask the doctor for information about the benefits and risks. Talk with the doctor if you have questions about giving this drug to your child.

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Very bad dizziness or passing out. Fever or chills. Sore throat. Call your doctor right away if you have a painful erection (hard penis) or an erection that lasts for longer than 4 hours. This may happen even when you are not having sex. If this is not treated right away, it may lead to lasting sex problems and you may not be able to have sex. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Headache. Back pain. Loose stools (diarrhea). Dizziness. Runny nose. Throat irritation. Feeling tired or weak. Orgasm with less or no semen. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

OVERDOSE:  If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.


ADDITIONAL INFORMATION:  If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.


Database Edition 2018.1.008 - Expires November 2018

Copyright 2018 CDI, LLC. All rights reserved.

All rights reserved.

Cips Patient Drug Education

10/5/2018

Facility: SRCI - SNAKE RIVER CORR INST

Page 1

Patient: ORTIZ-RICO, JOSE, OMAR

**Drug: SMZ/TMP DS^~ (GEN. SEPTRA DS) 800/160MG TAB**

---

GENERIC NAME: Sulfamethoxazole and Trimethoprim Tablets (sul fa meth OKS a zole & trye METH oh prim)

COMMON USES: It is used to treat or prevent bacterial infections.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? For all patients taking this drug: TELL YOUR DOCTOR: If you have an allergy to sulfamethoxazole, trimethoprim, or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you have anemia caused by a lack of folic acid. TELL YOUR DOCTOR: If you have any of these health problems: Kidney disease or liver disease. TELL YOUR DOCTOR: If you have any of these health problems: Asthma, porphyria, thyroid disease, not enough folate in the body, poor absorption, or poor nutrition. TELL YOUR DOCTOR: If you have been drinking alcohol for a long time or are taking a drug for seizures. TELL YOUR DOCTOR: If you have ever had a low platelet count when using trimethoprim or a sulfa (sulfonamide) drug. TELL YOUR DOCTOR: If you are taking any of these drugs: Amantadine, cyclosporine, dofetilide, indomethacin, leucovorin, methotrexate, or pyrimethamine. TELL YOUR DOCTOR: If you are taking or have recently taken any of these drugs: Benazepril, captopril, enalapril, fosinopril, lisinopril, moexipril, perindopril, quinapril, ramipril, or trandolapril. TELL YOUR DOCTOR: If you are taking a water pill. TELL YOUR DOCTOR: If you are breast-feeding or plan to breast-feed. Children: TELL YOUR DOCTOR: If your child is younger than 2 months of age. Do not give this drug to an infant younger than 2 months of age. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor. Take with or without food. Take with food if it causes an upset stomach. Take with a full glass of water. Take this drug at the same time of day. To gain the most benefit, do not miss doses. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not store in a bathroom. Protect from light. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have blood work checked as you have been told by the doctor. Talk with the doctor. Have your urine checked as you have been told by your doctor. This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug. Do not use longer than you have been told. A second infection may happen. Be careful if you have G6PD deficiency. Anemia may happen. If you have high blood sugar (diabetes), you will need to watch your blood sugar closely. Talk with your doctor before you drink alcohol. This drug may make you sunburn more easily. Use care if you will be in the sun. Tell your doctor if you sunburn easily while taking this drug. This drug may affect how much of some other drugs are in your body. If you are taking other drugs, talk with your doctor. You may need to have your blood work checked more closely while taking this drug with your other drugs. Rarely, very bad effects have happened with sulfa drugs. Sometimes, these have been deadly. These effects have included liver problems, blood problems, and very bad skin reactions (Stevens-Johnson syndrome/toxic epidermal necrolysis). Call your doctor right away if you have a rash; red, swollen, blistered, or peeling skin; red or irritated eyes; sores in your mouth, throat, nose, or eyes; fever, chills, or sore throat; cough that is new or worse; feeling very tired or weak; any bruising or bleeding; or signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes. This drug may raise the chance of a very bad brain problem called aseptic meningitis. Call your doctor right away if you have a headache, fever, chills, very upset stomach or throwing up, stiff neck, rash, bright lights bother your eyes, feeling sleepy, or feeling confused. If you are 65 or older, use this drug with care. You could have more side effects. This drug may cause harm to the unborn baby if you take it while you are pregnant. If you are pregnant or you get pregnant while taking this drug, call your doctor right away.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Signs of a high potassium level like a heartbeat that does not feel normal; change in thinking clearly and with logic; feeling weak, lightheaded, or dizzy; feel like passing out; numbness or tingling; or shortness of breath. Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating. Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain. Signs of low sodium levels like headache, trouble focusing, memory problems, feeling confused, weakness, seizures, or change in balance. Muscle or joint pain. Purple patches on the skin or mouth. Shortness of breath. Hallucinations (seeing or hearing things that are not there). Mood changes. It is common to have diarrhea when taking this drug. Rarely, a very bad form of diarrhea called Clostridium difficile (C diff)-associated diarrhea (CDAD) may occur. Sometimes, this has led to a deadly bowel problem (colitis). CDAD may happen while you are taking this drug or within a few months after you stop taking it. Call your doctor right away if you have stomach pain or cramps, very loose or watery stools, or bloody stools. Do not try to treat loose stools without first checking with your doctor. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Upset stomach or throwing up. Loose stools (diarrhea). Not hungry. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.


OVERDOSE:  If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.


ADDITIONAL INFORMATION:  If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.


Database Edition 2018.1.008 - Expires November 2018

Copyright 2018 CDI, LLC. All rights reserved.

All rights reserved.

## OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

**FROM**

INSTITUTION: S.R.C.I
INMATE NAME: Jose Omar Ortiz Rico
SID #: 13777922
UNIT/BUNK: 2.I/50.B
ADDRESS: 777 Stanton, Ontario

**TO**

NAME: Ms. Dean
TITLE: Health Services/Medical Re
ADDRESS: Box# D·358
Health Services

-------------------------------------------------------------------

(Fold Here)

Physician Assistant : A person certified to provide
basic medical services usually under the supervision
of a licensed physician

## OREGON DEPARTMENT OF CORRECTIONS

## INMATE COMMUNICATION FORM

TO: ~~[illegible]~~ Ms. Dean ~~[illegible]~~          Date: Nov. 11th, 2018

State your issue in detail: Within the next few weeks, it's probable that I'm going to have a call-out with Mr. Taylor where I have to provide specific details for him before I request further proper medical care and attention. I need to know if Mr. Victor Ishida's job title is to work as a Urologist who specializes in Urology for Urological problems. You might have to help me with this issue and possibly send me an Authorize to Use and Disclose Health Information form. Thank you Ms. Dean, have a great and blessed day.

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Jose Omar Ortiz Rico | 13777922 | 2.I/50.B |

Response/Action Taken: Job Title: Physician Assistant
Definition: to provide services under a licensed physician

NOV 14 2018

Date Received: SRCI Health Services

Date Answered: 11/14/18

Referred To*: 

Signature of Staff Member: P. Dean Medical Records

*If forwarded, please notify the Inmate

CD 214 (12/04)



Jose Omar Ortiz Rico                                                              April 10th 2019

Prisoners Self-Help Litigation Manual
(By John Boston, Daniel E. Manville)

If prison employees tell you an issue is not grievable but you think it is, request that they
process your grievance anyway so you will have a record of it. (And if there is a way to appeal
or grieve a decision that something isn't grievable, do it !)

If prison employees tell you something will be taken care of and you don't need to file a
grievance, exhaust anyway if you think there is any chance you may wish to file suit.

One requirement of the PLRA (Prison Litigation Reform Act) is that you must exhaust any
available administrative remedies at the prison or jail before you sue, even if you think you are
in imminent danger. Lawsuit's dismissed and barring prisoner's from recovering compensatory
damages for "mental or emotional injury" unless they also suffered Physical Injury.

Compensatory are usually "joint and several". That means you are awarded a single sum of
money for a single injury regardless of how many defendants are involved, and you can try to
collect the judgment against any of the defendants who are held liable. However, compensatory
damages may be assessed separately against different defendants if the evidence shows that they
were responsible for different injuries. (Watt v. Laurent. 774 F.2d 168, 129-81 (7th Cir. 1985)

- Mathie v. Fries, 935 F. Supp 1284, 1307( E.D.N.Y. 1996) (awarding punitive damages of
  $500,000 to inmate who was sexually assaulted by staff), aff'd, 121 F.3d 808 (2d Cir. 1997).

- Blackburn v. Snow, 771 F.2d 556, 572-73 (1st Cir. 1985) ($177,040 for improper strip search of
  visitor upheld based on substantial record of psychological injury)

- Consolo v. George, 58 F.3d 791,795 (1st Cir. 1995) ($90,000 for denial of medical care to
  arrestee who had sustained a fractured pelvis)

- Riley v. Olk-Long, 282 F.3d 592,594 ( 8th Cir. 2002) (noting $15,000 compensatory and
  $30,000 in punitive damages for course of sexual abuse)

Found Negligent and committed Malpractice, failing to perform appropriate diagnostic tests,
delaying examination and treatment, etc. Where performing a medical procedure against a
patients will may be an assault and/or battery.

- <u>Tomcik v. Ohio Dept of Rehabilitation and Correction, 62 Ohio Misc.2d 324, 598 N.E.2d 900,
  903-04 (Ohio Ct.C1 1991)</u>

<u>Negligence and Malpractice, where Non-physicians performing medical services ---- nurses,
physicians assistants, technicians, etc.---- may be found liable for malpractice or negligence if</u>

(Page 1 of 2)

Jose Omar Ortiz Rico                                                      April 10th 2019

they fail to have and to use the knowledge, skill, and care expected of their professions.


■   Toombs v. Bell, 915 F.2d 345, 348-49 (8th Cir. 1991) (medical technician found negligent)


■   Nelson v. Prison Health Services, 991 F. Supp. 1425, 1466 (N.D. Fla. 1997) (nurses who did not respond to complaint of chest pain could be found liable for malpractice)


As with other Eight Amendment claims, the deliberate indifference standard requires a plantiff to show that the defendants had actual knowledge of an objectively cruel condition (in medical cases, a serious medical need) and did not respond reasonably to the risk. Thus --- bizarre as it sounds --- a doctor who did not treat you properly because she didn't realize how sick you were, or what your problem was, may not be deliberately indifference because she failed to figure it out, and therefore didn't have actual knowledge of the risk. Your only claim in a case like that may be for medical malpractice, since a Misdiagnosis or Non-Diagnosis resulting from failure to exercise ordinary knowledge, skill and care does constitute malpractice.


■   Coppage v. Mann, 906 F. Supp. 1025, 1040, 1049 (E.D.Va. 1995) (holding doctor could not be deliberately indifferent to a condition he misdiagnosed, but could be liable for malpractice if he should have known what the problem was)


(Page 2 of 2)

Jose Omar Ortiz Rico

April 10th 2019

Emotional, Mental and Physical Injury
(Pain and Suffering)

The quality or state of disagreeing or being at variance called discrepancy between staff and inmates is hidden. For some reason, the Medical Department, at Snake River Correctional Institution has failed due to very poor work ethics and wrongdoing that is contagious and contaminating (whether they're in denial, acting intentionally or knowing/unknowingly), to the Grievance Department, Shipping and Receiving Department, Transportation Department, Business Office, and the employees unknown involved with upper management and team. I have two inmates in mind, who where in their mid 50's with harsh and terrible health conditions, where they have collapsed and died before my eyes.

I have sent a survey letter to the National Commission on Correctional Health Care (October 15th 2018) stating reason's of neglect and wrongdoing, and the continuous amount of bleeding occurring very unusually from my body parts. The neglect and wrongdoing has been causing me to be at a mental state where I'm having difficulty reading and being specific when told to. Again, where I'm finding difficulty responding to a conversation through communication forms, outgoing mail and in person. Making this difficult staying with the same topic and subject. Though, from the original grievance, it's written #3 Physical injury: I felt pain through my body, feeling lack of strength, feeling physical stroke. Producing Bleeding from mouth and genital area, also vomiting blood.

Date of Loss for damages to my body from a scale 1-10, is a 10. I Jose Omar, have filed a grievance and appeals, resubmitting all and any available forms, WHERE THE DISTRIBUTION OF THE WHITE (original grievance form) YELLOW (grievance file copy) PINK (inmate receipt after processed) GOLDENRON ( inmate copy) have all been sent back causing a rising rhythm; rhythm with stress occurring regularly where on November 7th 2018, bleeding from the rectum has occurred, when I've never bled from the rectum. After taking note, I was being given the run around by the grievance department team and told that I cannot appeal a denied grievance which was quiet offensive and felt discriminated. During this time I've tried submitting medical request due to my medical conditions and received a response that I'd be placed on scheduled date and time to find out that I was not placed on an appointment, leaving my condition to no care.

This be the most difficult letter up to date I've ever wrote. The mental, emotional, physical injuries is quite high where I've requested to be seen by a psychologist and mental health only to be denied and to be more specific. At this point I could only do my best and advice you with the pain that sounds infamously meme-phis: Difficulty breathing, discoloration, bleeding from the penis area constantly through a 24 hour period, extreme numbness, coldness, chills, memory loss, humiliation, headaches, dizziness, fevers, joint pain, neck pain, ear pain, muscle pain, lips cracking, loss of physical strength, loss of taste when eating, rash, sore throat, peeling of the skin, difficulty communicating, unresponsiveness, bone pain, blurry vision, eye pain, collapsing on the floor, ears ringing and difficulty hearing. I feel pain when I walk, jump, sit and when I'm laying on my mattress. I felt and noticed something close to a few heart attacks and mind strokes that left me without strength. Rising trauma, stress, feeling somewhat hopeless and lack of sleep to an excess amount of sleep, etc.

Before I was prescribed antibiotics, I was only able to sleep for about 4 hours every night to use the bathroom due to the amounts of blood exiting through my urinary track. Because I was loosing my taste buds, I was unable to concentrate to drink water and ended up drinking about ten tablespoons of coffee daily to clean my urinary track and to find strength to request medical attention. Drinking more than five cups of coffee daily was not recommended but that was the only way I could think to

(Page 1 of 3)

Jose Omar Ortiz Rico                                                                    April 10th 2019

appropriately seek medical attention and this for me was very psychological and painful and up to date with pain and injury through-out my body with a high amount of difficulty mentally emotionally with constant ache and pain that sounds like permanent suffering. Being said, there are many more incidents and assaults that occurred and are occurring during my state of condition, some of that I could recall and some that I prefer not and can't, only of course because of this one occurrence.

I have recently been added to work as an evening orderly, and being one of the easiest jobs, I feel pain and ache in and through-out body and mind. March 5th 2019 I received a certificate from Aspire for better health. This was an eight week program though, I felt pain sitting down and was collapsing to the floor when I was trying to stand, where I had to hold on to the table when and where I am seeing signs of being very unresponsiveness.

Furthermore, allow me to present you the verses and phrases I've wrote to help with my emotions, and the physical/mental pain:

➢ God's grace and love fall upon
➢ Dreaming more than one heaven when there's really much more to share; before the next shade and before the next chapter.
➢ Believing to accept miracles, hoping for you, more than I deserve.
➢ Should; know. Completely? Candle-lit style just as light meant to blossom. I'm here, you're there. Will you ever be here when I'm there.
➢ Just wasn't suppose to be this way. It wasn't meant for you and me. Pulling through to where I'm from. When getting by has me seeing star's. The condition that sting's. An uncovered remedy. To accept. The forgiving living and loving miracle.
➢ The lesson from this poem; fifteen word's.
➢ Born any more pure does seem to this day.
➢ Whether it's pain, disbelief, doubt, than just believe.
➢ With respect and love, I'll continue within to endure.
➢ Forever Jesus Christ
➢ The world you created I was born, born again I was, and am.
➢ Giving more than I alone know or understand.
➢ Just remember that God is our strength and it is He who gives us Power to become children of God.
➢ I have a heart too.
➢ Your heart should be complete.
➢ Who can capture what only you know and feel? God knowing I understand.
➢ Wishing you the best without a desire for you to cherish me, no-other than the Man above.
➢ Say, whatever makes you assume, you can't trust me, than I apologize.
➢ I want you to be secure. Your heart and being, forever be symmetrical.
➢ Better yet, I'm fallen, filled and I fell.
➢ The heart gets what the heart wants.
➢ Neither should your heart ache in a way of being lost, alone, sad, and for words.
➢ I question myself, without question.
➢ You are blessed.

Jose Omar Ortiz Rico

April 10th 2019

- The heart can take a painful experience. Bad enough it hurts.
- Patient with joy.
- I'm re-directed because I desire.
- When you accept love, you accept everything. Not just generously. More considerate.
- How far can word's go? Which direction would be the question. What manner of no risks, of no worries, and of negative thought's being out? I don't have the power, just the part.
- So heaven's earth.
- Morning's are a blessing. Should there be a reason before sunrise the possibility and of? I awake of an expectation, knowing a little better, not necessarily of.
- He's a genius or is it Love. Seven day's last week. Seven day's coming. Seven more day's to come. Seven. Seven. Seven.
- A just is this. The impression I give or the impression you see. Seem may not, like anything. And, just like everyone else. Because that's maybe like everyone else. Just being me. And you being you.
- Similar to a lost sheep, without doubt.
- Finding the focus point.
- To obey, I must be taught. So just the part. The part where I belong. Where I am home.
- Any spot has hope.
- Looking far and away. Close and near, to simply say.
- You have surprised me.
- Apparent hint to plain sight and thin air.
- Any slight misunderstanding be my imperfection.
- Something extra-ordinary from a certain poem that makes complete; complected.
- What's not meant to be?
- See through-out; flowing river. Something? To share, being given without a worry, where it's from, where it's going. Only knowing; meant for you.
- This was and is an experience.
- Meaningful finding a formal way.
- To notice or not. Detailing the station to find the rhythm. Detail-ed, hooked, meant to epic. Detail; detail? With or without; reason.
- Going went somewhere.
- There's great worth to you and I with this format.
- Thinking is a start, when I start think, and back to where.
- My best only makes exquisite of what's to be seen.
- Minute's from sunrise where there is no turn. Just growing music.
- Any chance wait's almost patient.
- Essentials for everyday living picks at an expense.

(Page 3 of 3)

**HEALTH SERVICES INFORMATION DISCLOSURE**

Information obtained within the patient/provider relationship, as well as information contained in a patient's health care record is confidential and may not be released except as provided by state and federal statute, or by order of Oregon or Federal Court. Information given to Health Services medical and mental health providers is confidential and not shared with anyone outside of Health Services without written consent with the following exceptions:

Non-Health services staff may be given the patient's name, services recommended or provided, provider's name, dates of treatment, and a brief comment about extent of participation. Treatment providers may also make recommendations to non-Health Services staff about ways to help patients with medical or mental health problems without giving details of diagnosis or medication prescribed.

Non-Health services staff may be given some health information (e.g. diagnosis, symptoms of decompensation, risk factors, etc.) if:
- they are currently acting within the official scope of their duties to develop or evaluate treatment strategies and plans;
- they are involved in developing correctional plans, medical treatment plans, risk or behavior management plans or suicide and crisis prevention plans as members (e.g. designated correctional counselors, mental health housing officers, etc.) of a multidisciplinary team, treatment team, committee, or other official;
- they are involved in release planning; or
- disclosure is necessary for the safety and security of the institution.

Some information obtained in a provider-patient relationship is not confidential and will be reported to non-Health Services staff and/or other agency personnel as needed even without written consent of the patient. According to State and Federal laws, this includes knowledge of:
- danger to self or others;
- abuse of a child under 18 years of age, abuse of an adult 65 years of age or older, or abuse of individuals who meet the legal requirement of developmentally disabled or mentally ill, and a specified victim can be identified;
- staff physical or sexual abuse of inmates;
- escape plans or attempts;
- sexual abuse of or by another inmate.

Confidentiality will not apply to information when it poses an immediate threat to the health and safety of self, other inmates, staff, or to the community. Reports will be limited to what is necessary to maintain safety and stay within legal parameters.

My signature below indicates I understand the confidentiality policy and practices used by HS treatment providers.

Inmate Comments:

Inmate Signature _____    Date 9|15|16

Inmate Name:
SID #:    Ortiz

Oregon Department of Corrections

# Progress Notes

DATE   TIME   PROB.#

**Coffee Creek Intake Transfer Out Chart Review**   *little*

1. State of general health *little*

Transfer Date 9/28/16  Transferring to: SRCI  Green sheet in health care record *yes*
2. Date of last PPD 9-15-16  Results _____ c. Chest x-ray results NA
   b. Date chest x-ray completed if positive NA  c. Chest x-ray results Not Due
3. Date intake physical completed 9/21/16  4. Date dental intake completed Not Due
5. List any Major Dx/ Chronic Disease 0
   a. DOC 400 shows inmate major dx of 0  6. Number in series 3  Refusal _____
   b. Twin Rix Vaccine series started; date of last vaccine 8-10  Number in series 3
6. List any disability or special equipment needs _____
   Equipment being sent with the inmate _____
7. List any medications the inmate is receiving _____ Medications and overflow medications pulled NA
   a. MAR pulled NA  b. Medications and overflow medications pulled NA
   c. List any KOP meds 0  9. Is the inmate on the BHS caseload N
8. List pending medical appointments 0
10. Health status updated 0  Overflow, number sent 0  a. X-rays sent NA
11. Real chart being sent _____  Date/Time 9/28/16 0145
    RN Signature _____

**Transfer In Chart Review**

| | |
|---|---|
| Transfer Date: 9/28/16  Received at: SRCI  Received from: CCIC | |
| 1. State of general health, stable | |
| 2. Date of last PPD 9/15/16  Results 0 mm  a. Dates of any TB Treatment — | |
| b. Chest X-ray results if PPD positive —  c. Chem profile date if PPD positive — | |
| d. TB Coordinator notified if PPD positive, — | |
| 3. List Major Diagnoses/Chronic Disease No major Dx  Matches DOC yes | |
| a. Appointment changed: —  b. Major Diag. current yes  c. Labs current yes | |
| d. Date of last HEP A/B Vaccine —  e. Date of next HEP A/B Vaccine completed 2010 | |
| 4. List Medications None | |
| a. Did meds arrive with patient: —  b. Meds placed for Medline — | |
| c. Meds ordered from Pharmacy —  d. MAR reviewed for accuracy and expiration — | |
| 5. Earliest Parole Date 4/10/2073 a. Parole Meds: current orders for parole meds: Yes / (No) | |
| b. Parole meds received: Yes / (No)  If not, actions taken — | |
| c. Parole Med Nurse or designee notified? Yes (No) | |
| 6. Any pending appointments dental  Updated for this facility yes | |
| 7. Dental referral yes  8. BHS referral — | |
| 9. Clear for Food Services yes  10. Health Status Updated/Face Sheet printed yes | |
| 11. Chart present yes  a. X-rays present —  b. Overflow chart # — | |
| Nurse's Signature _____ Nurse's Printed Name: MDUEHART  Date 9/28/16 Time 2027 | |

Allergy NKDA

ORTIZ-RICO, OMAR
13777922
03/22/1987

CD 495H (12-07)

Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 9.18.16 | 1800 | Unsc | Today during shift patient had officer tell me he had a medical situation. Upon discussion with patient it was discovered that they feel their has been blood in his urine, and one night he also had an occurance of blood in what he presumed to be Nocturnal emissions. Patient denies Burning with urination. A) Health Maintenence. P) have chg set up a Chart Review for tomorrow to Review pt urinalysis and to determine if C/C is necessary due to dbcharge. Pt May also follow up with c/AM H&P Appointment Pt Notified of plan ——— David W. Disorden |
| 9/19/16 | 0819 | CR | ordered GC/CT as UA©. Also ordered RPR + HIV (inl has rash per CR) I have not seen ——— MRC Persant PA |
| 9/20/16 | 0740 | SC | CCM-486 ORTIZ JOSE... UA obtained for GC/CH. Also UA dip done Trace of blood noted. See "Lab test" tab. UA for GC/CH sent out to lab ——— J. Gonzalez RN |
| 9/21/16 | 0924 | | ¡) Health Screen (Seen in seg) i) See P/E form A) "blood in urine" Don't Know Labs ordered. E/C pnr. c) Health maint. Await labs ——— JMB LN Elson |
| 9/23/16 | | LAB | unable to obtain specimen for labs - shots ??? for labs |
| 9/26/16 | 1416 | CR | Officers I/m in seg. RK GC/CT Neg. F/U N/E if urinary s/s cont. MRC BD PA |

Allergy NKDA

ORTIZ-RICO, OMAR
13777922
03/22/1987

CD 495H (12-07)

Oregon Department of Corrections
# Progress Notes

DATE   TIME   PROB.#

Inmate's Name: ORTIZ-RICO, Jose          SID 13777922

DSA41

INST: SRCI          Medical/Mental Health Intake and Chart Review for Segregated Housing Placement

Date: 9/28/16          Admitted to DSU X  IMU___ ADSEG ___    DD CODE ___  MH CODE MHR

| | YES | NO |
|---|---|---|
| Verbal instructions given:  Inmate Access to Health Care while in Segregated Housing | (YES) | NO |
| Any existing Medical contraindications to segregated placement? If yes, report to OIC or designee. | YES | (NO) |
| Current medications? None per CIPS | YES | (NO) |
| Was the inmate involved in an altercation? | YES | (NO) |
| Does patient report any injuries? If yes, please detail in narrative form. | YES | (NO) |
| **Mental Health Risk** | | |
| Does patient express or exhibit any intent for self-harm? If yes, please complete Suicide Risk Assessment. | YES | (NO) |
| Does patient have history of self-harm? | YES | (NO) |
| Does patient have history of suicide attempts?  If yes, Co. Jail___, DSU___, IMU___, MHI___ GP___, Other___ | YES | (NO) |
| Does patient have a history of previous MHI placement/treatment? | YES | (NO) |
| Is the patient is receiving involuntary medications? | YES | (NO) |
| Yes to MH question above requires immediate notification.  BHS on-site/on-call.  Notification made to:___ | | |
| Patient is under BHS care?  BHS referral sent to:___ | YES | (NO) |

Chart Review Completed by:  Signature J. Williams, RN          /Printed Name: J. Williams, RN          Time: 1600

Revised: 3/18/10

| | | | |
|---|---|---|---|
| 11/17/16 | 0727 | DSU | SRC-9587  lab drawn Right Arm 1st attempt |
| | | | Ortiz-Rico |
| | | | NAME |
| 12/1/16 | 0900 | CTR | prost HIV/Hep CTR results given — (Hal) (court order) |
| 8/2/17 | 1020 | S/C C-2 | Pt did not show up for sick call from call center, will reschedule tomorrow  Greenawr RN |
| 8/2/17 | 1259 | S/C C-2 | S - pt reports he has had episodes of blood in his semen, pt has been seen before for same issue. No pain or swelling in testicles. O - subjective insufficient, (-) Gc/Chl, (-) UA   A - health teaching  P - educated pt about what can cause blood in semen, will schedule f/u ē PA for further evaluation & treatment — Greenawr RN |

Allergy NICOTA

**ORTIZ-RICO, OMAR**
**13777922**
**03/22/1987**

CD 495H (12-07)

Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 15 Aug 17 | | | Pt c/o blood in his semen. Its been happening regularly for the last month or so. He denies pain, chills, etc. Had STD + UA done - All negative. Its urinary frequency + hesitancy. Otherwise in usual state. Its never had this before - <br><br>O: _____ <br> quiet, etc. Observed _____ <br> Dr's prostate is enlarged but not firm. <br> Symmetric & smooth. <br> A: hematospermia. Probably prostate related- <br> P: Septra DS BID x 3 wk <br> Flomax 0.4g QD x 3 wk <br> F/U Dr as needed _____ |
| 25 Aug 17 | | | Pt here to F/U on above. Continue to take meds x 5 SS. His had ejaculated to see if blood is gone. His frequency + hesitancy has improved though. He will complete meds + F/U as needed. |
| 10/5 | 1345 | C-2 | Here had questions about his Hep treatments/whether and wants labs tested. Did show him vaccination records and explained well take care of labs ~ _____ |
| 10/11/8 | | | S: Any for hematospermia etc. 8/17 Abn, no A _____ <br> Abn; EH cont 2016 until a/n. No urinary frequency/ _____ |
| 12/4/19 | x5 | | S: DM. _____ CC + chlamydia @ 9/16 _____ <br> A: PM. hematospermia - ✓ UA ___ + mx. AAFD F/U. |
| 16 | | | 2. Fatigue - ✓ LBS + mx ≈ PM. _____ |

Allergy  NKDA

ORTIZ-RICO, OMAR
13777922
03/22/1987

CD 495H (12-07)

Attachment 2
P-E-09

## Oregon Department of Corrections
### PARAMETER FLOW SHEET

| Segregation Date/Time Admitted | | No Referral | Concerns | Sick Call | Medical Referral | BHS Referral | Dental Referral | UA | | | | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | | | | | | | | | | | |
| 9/16/16 | 1000 | ✓ | | | | | | | | | | |
| 9/17/16 | 1000 | | | | | | | | | | | |
| 9/18/16 | 1000 | x | | | | | | | | | | |
| 9/19/16 | 0935 | x | | | | | | | | | | |
| 9/20/16 | 016 | x | x | | | | x | | | | | |
| 9/20/16 | 0450 | x | | | | | | | | | | |
| 9/21/16 | 0731 | ✓ | | | | | | | | | | |
| 9/22/16 | 0930 | | | | | | | | | | | |
| 9/23/16 | 0958 | ✓ | | | | | | | | | | |
| 9/24/16 | 1600 | x | | | | | | | | | | |
| 9/25/16 | 0908 | x | | | | | | | | | | |
| 9/26/16 | 0940 | x | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Notes:**

Allergy: NKDA

| Name: | ORTIZ-RICO, OMAR |
|---|---|
| SID# | 13777922 |
| DOB | 03/22/1987 |




Oregon Department of Corrections
**PARAMETER FLOW SHEET**

Attachment 2
P-E-09

| Segregation Date/Time Admitted 9/28/16 @ 1600 | | No Referral | Concerns | Sick Call | Medical Referral | M.H. Referral | Dental Referral | | | | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | | | | |
| 9/28/16 | 1600 | DSU Admit/Transport w/o meds | | | | | | — | | | Williams, RN  Williams RN |
| 29 | 712 | 6 | | | | | | | | | RG |
| 30 | 0710 | X | | | | | | | | | SG |
| 10/1/16 | 0720 | ✓ | | ✓ | | | | | | | R.J. Dobska  Deaton RN  PA/RN |
| 2 | 0700 | | | ✓ | | | | | | | RN |
| 3 | 0700 | | | ✓ | | | | | | | |
| 4 | 0620 | X | | | | | | | | | R |
| 5 | 0700 | X | | | | | | | | | R |
| 6 | 0659 | ✓ | | | | | | | | | R |
| 7 | 0645 | ✓ | | | | | | | | | RB |
| 8 | 0705 | ✓ | | | | | | | | | |
| 9 | 0718 | ✓ | | | | | | | | | RB |
| 10 | 0650 | X | | | | | | | | | RB |
| 11 | 07 | | | | | | | | | | S |
| 12 | 0700 | ✓ | | | | | | | | | W |
| 13 | 0747 | ✓ | | | | | | | | | RB |
| 14 | 07 | ✓ | | | | | | | | | W |
| 15 | 0640 | ✓ | | | | | | | | | W |
| 16 | 0645 | ✓ | | | | | | | | | W |
| Notes: | | | | | | | | | | | |
| 17 | 07 | ✓ | | | | | | | | | W |
| 18 | 07 | X | | | | | | | | | W |
| 19 | 0630 | | | | | | | | | | W |
| 20 | 07 | X | | | | | | | | | W |
| 21 | 0655 | X | ✓ | | | testicle issue | | | | | W |
| 22 | 0710 | ✓ | | | | | | | | | RJ |
| 23 | 0645 | ✓ | | | | | | | | | W |
| 24 | 0635 | ✓ | | | | | | | | | W |
| 25 | 700 | X | | | | | | | | | RB |

Allergy: _____ NKDA

DSA41

Name ORTIZ - RICO, JOSE
SID# 13777922
DOB _____

Oregon Department of Corrections

# PARAMETER FLOW SHEET

| Segregation Date/Time Admitted | | No Referral | Concerns | Sick Call | Medical Referral | M.H. Referral | Dental Referral | | | | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | | | | |
| 10/26/16 | 0657 | ✓ | | | | | | | | | |
| 27 | 0659 | ✓ | | | | | | | | | Flores RN |
| 28 | 0650 | ✓ | | | | | | | | | " |
| 29 | 0640 | ✓ | | | | | | | | | " |
| 30 | 0640 | ✓ | | | | | | | | | " |
| 31 | 0640 | ✓ | | | | | | | | | " |
| 11/1/16 | 0700 | ✓ | | | | | | | | | Williams RN |
| 2 | 0708 | ✓ | | | | | | | | | |
| 3 | 0645 | ✓ | | | | | | | | | Flores RN |
| 4 | 0640 | ✓ | | | | | | | | | " |
| 5 | 07 | ✓ | | | | | | | | | " |
| 6 | 0640 | ✓ | | | | | | | | | " |
| 7 | 07 | ✓ | | | | | | | | | " |
| 8 | 07 | ✓ | | | | | | | | | RN |
| 9 | 07 | X | | | | | | | | | |
| 10 | 0654 | ✓ | | | | | | | | | |
| 11 | 0640 | ✓ | | | | | | | | | RN |
| 12 | 0800 | ✓ | | | | | | | | | |
| 13 | 0640 | ✓ | | | | | | | | | |
| Notes: 14 | 0647 | ✓ | | | | | | | | | |
| 15 | 0658 | X | | | | | | | | | |
| 16 | 0710 | X | | | | | | | | | |
| 17 | 0642 | ✓ | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |

Allergy: _____ NKDA

Name ORTIZ-RICO, JOSE
SID# 13777922
DOB

 

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Ortiz-Rico, Omar   DATE & TIME 4/17/19 0926   INST.   DNS ☐
# 13777922

_(illegible handwritten orders)_

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Ortiz-Rico, Omar   DATE & TIME 10/1/18 1200   INST.   DNS ☐
# 13777922

_(illegible handwritten orders)_

noted
10/1/18
_(illegible)_

ALLERGIES: NKDA 1230

SEND DUPLICATE TO PHARMACY

NAME: Ortiz-Rico, Omar   DATE & TIME 15 Aug 17.   INST. SRCI   DNS ☐
# 13777922

_(illegible handwritten orders)_
1) Septra DS ī PO BID × 3 weeks
2) _(illegible)_ 0.4g ī PO BID × 3 weeks,
3) F/U in 2 weeks.

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Ortiz-Rico, Omar   DATE & TIME 9/19/16 0816   INST. CCCF   DNS ☐
# 13777922

CCM-486

ASAP        Urine GC/CT,
not sent    RPR, HIV 1/2

NOTED
9/19/16

ALLERGIES: NKDA        Pengm
                      PA

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)




Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 10/3/18 | 1920 | C-2 | Grave NPO instructions *(illegible)* Gibbons a Q C Sefton, RN |
| | | | *RN* |
| | | | Rescheduled lab due to lockdown _____ *(signature)* |
| 10/5/18 | 0740 | Cm | SRC-5079 |
| | | | Labs drawn @ ACXL _____ KRPP |
| | | | NAME |
| 10/11/18 | | 5. | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | *(illegible handwritten clinical notes)* |
| | | | 4. *(illegible)* |
| 12/10/18 | 1300 | C-2 | No show to sick call _____ Q Sefton Rn |

Allergy _____ NKDA _____

**ORTIZ-RICO, JOSE O.**
13777922
3/22/1987

CD 495H (12-07)




OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: ORTIZ, JOSE    DATE & TIME    INST.    DNS ☐

\# 13777922

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: ORTIZ, Jose    DATE & TIME    INST.    DNS ☐

\# 13777922

ALLERGIES: N KDA

SEND DUPLICATE TO PHARMACY

NAME: ORTIZ, Jose    DATE & TIME  4/30/19    INST. SOCI    DNS ☐

\# 13777922

ORTIZ-RICO, JOSE OMAR    SID: 13777922
HYDROCOD/APAP^^^ 5/325MG TAB (NORCO)
TAKE 1 TABLET ORALLY 4 TIMES DAILY FOR
FIVE DAYS - CONTROL BY STAFF
START: 04/30/19    STOP: 05/04/19

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: ORTIZ, Jose    DATE & TIME  4/30/19    INST. SOCI    DNS ☐

\# 13777922

ORTIZ-RICO, JOSE OMAR    SID: 13777922
AMOXICILLIN^ 500MG CAP (AMOX500) @
TAKE ONE CAPSULE(S) THREE TIMES A DAY BY
MOUTH FOR TEN DAYS (FILL IN BLANK CARD USED)
- OK IN CELL
START: 04/30/19    STOP: 05/09/19

ORTIZ-RICO, JOSE OMAR    SID: 13777922
METHYLPREDNISOLONE^(#21 TABS) 4MG D(
TAKE AS DIRECTED PER PACKAGE
INSTRUCTIONS - OK IN CELL
START: 04/30/19    STOP: 06/05/19

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

 Tuality Healthcare

June 25, 2019

Tuality Healthcare
Patient Relations
tel    503-681-4357

patientrelations@tuality.org
www.tuality.org

335 SE 8th Ave.
Hillsboro, OR 97123

Oregon Department of Corrections – Inmate Mail
Snake River Correctional Institution
C/O Jose Omar Ortiz Rico
777 Stanton Blvd.
Ontario, OR 97914

Dear Mr. Ortiz Rico,

Thank you for contacting OHSU Tuality Healthcare to request a complaint and grievance form. The organization no longer uses these forms; however, we encourage you to write a letter detailing your experience(s). In your letter, please include as much information as you can remember, including the date of service and your expectations for a resolution of your concerns. Please mail the letter to:

OHSU Tuality Healthcare
Patient Relations Department
335 SE 8th Ave.
Hillsboro, OR 97123

Respectfully,

Morgan Michaels, BA
Patient Relations Department
OHSU Tuality Healthcare